# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>SANTIAGO GONZALEZ,<br><br>      Defendant. | 2:20-CR-348-KJD-DJA<br><br>**Final Order of Forfeiture** |

       The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Santiago Gonzalez to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Santiago Gonzalez pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 27; Plea Agreement ECF No. 28; Preliminary Order of Forfeiture, ECF No. 30.

       This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

       The government served every person reasonably identified as a potential claimant in lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp. Rule G(4)(a)(i)(A).

       This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 39.

1 On October 5, 2021, the United States Attorney's Office served and attempted to serve Benjamin Christopher Crider with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed. Notice of Filing Service of Process – Mailing, ECF No. 39-1, p. 3-15.

On November 2, 2021, the United States Attorney's Office served and attempted to serve Tyler R. Daniels with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed. Notice of Filing Service of Process – Mailing, ECF No. 39-1, p. 3-10, 16-19.

On November 2, 2021, the United States Attorney's Office served and attempted to serve Chasity N. West with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail has been listed as available for pickup since November 5, 2021. Notice of Filing Service of Process – Mailing, ECF No. 39-1, p. 3-10, 20-23.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Bushmaster XM15-E2S, .223 caliber rifle, serial number BK5063168;
2. Norinco 1911A1, .45 caliber pistol, serial number 526956;
3. Colt 1911A1, .45 caliber pistol, serial number 757716;

4.  PMAG magazine; and

5.  any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED January 5, 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE